ORIGINAL

YouSoonKim

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 15 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00062 |
| Plaintiff, ) | **INDICTMENT** |
| vs. ) | **FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS** |
| YOU SOON KIM, ) | [18 U.S.C. §§ 2 & 1028(a)(6)] |
| Defendant. ) | |

THE GRAND JURY CHARGES:

On or about July 14, 2004, within the District of Guam, the defendant herein, YOU SOON KIM, did unlawfully and knowingly possess and use an identification document that appeared to be an identification document of the United States, to-wit: a letter from the U.S. Internal Revenue Service assigning defendant a Taxpayer Identification Number 946-1159-803, which document was produced without lawful authority, defendant knowing that said document

//
//
//
//

was produced without lawful authority and that said number was false, in violation of Title 18, United States Code, Sections 2 and 1028(a)(6).

DATED this 15th day of November 2006.

A TRUE BILL.

*(signature)*
IRENE S. MAFNAS
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *(signature)*
KARON V. JOHNSON
Assistant U.S. Attorney

*(signature)*
JEFFREY J. STRAND
First Assistant U.S. Attorney

2