**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____ N/A _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00062**

Same Defendant _____     New Defendant _____ X _____

Search Warrant Case Number _____

R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__    Matter to be sealed: __X__ Yes _____ No

Defendant Name _____ You Soon Kim _____

**RECEIVED**

NOV 1 5 2006

**DISTRICT COURT OF GUAM
HAGATNA, GUAM**

Allisas Name _____

Address _____

_____ Tamuning, Guam _____

Birth date __XX/XX/1969__ SS# (TIN) XXX-XX-9803 Sex __F__ Race__A__ Nationality _Korean_

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

**Interpreter:** _____ No __X__ Yes      List language and/or dialect: _Korean_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

**Total # of Counts:** _____1_____    _____ Petty _____ Misdemeanor __X__ Felony

| | **Index Key/Code** | **Description of Offense Charged** | **Count(s)** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2 & 1028(a)(6) | FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __NOV 1 5 2006__    **Signature of AUSA:** _KV Johnson_ _____