AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

**YOU SOON KIM**

**WARRANT FOR ARREST**

Case Number: **CR-06-00062**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **YOU SOON KIM**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**X** Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**FRAUD IN CONNECTION WITH IDENTIFICATION DOCUMENTS**

FILED
DISTRICT COURT OF GUAM
FEB - 5 2007
MARY L.M. MORAN
CLERK OF COURT

in violation of Title **18** United States Code, Section(s) **2 and 1028(a)(6)**

**VIRGINIA T. KILGORE**
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**NOVEMBER 15, 2006, HAGATNA, GUAM**
Date and Location

ORIGINAL

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

DOC, Mangilao

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | J. Alexander Ferguson, Special Agent FBI | *[signature]* |
| DATE OF ARREST 02/05/07 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____

_____