DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **06-00062-001** |
| Plaintiff, | ) | |
| vs. | ) | **APPOINTMENT ORDER** |
| **YOU SOON KIM**, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that **JOAQUIN C. ARRIOLA, JR.** is appointed to represent the Defendant in the above-entitled case.

Dated this 5th day of February 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**