JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant *YOU SOON KIM*

FILED
DISTRICT COURT OF GUAM
FEB 21 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>YOU SOON KIM, )<br>)<br>Defendant. )<br>) | CRIMINAL CASE NO. **06-00062-001**<br><br>**NOTICE OF HEARING:**<br>**MOTION FOR RELEASE**<br>**PENDING TRIAL** |

PLEASE TAKE NOTICE THAT Defendant YOU SOON KIM, through counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., will bring on for hearing her Motion for Release Pending Trial on **FEB 23 2007**, at 2:30 p.m., or as soon thereafter as the matter may be heard, before the District Court of Guam, 4th Floor, U.S. Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam.

Dated at Hagåtña, Guam: February 20, 2007.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant *YOU SOON KIM*

_____
JOAQUIN C. ARRIOLA, JR.

RECEIVED
FEB 21 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL