IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL

CASE NO.: CR-06-00062-001　　　　　　　　　　DATE: February 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　　Electronically Recorded: 2:28:03 - 2:35:05
CSO: B. Benavente

**APPEARANCES:**
Defendant: You Soon Kim　　　　　　　　Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　U.S. Marshal: D. Punzalan / C. Marquez
Interpreter: Sung Woo Yoon　　　　　　Language: Korean

**PROCEEDINGS: Motion for Release Pending Trial**
- Motion <u>denied</u>. No further written order will be forthcoming.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: