JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> YOU SOON KIM, ) <br> ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 06-00062-001 <br><br> **STIPULATION RE: RELEASE** |

COMES NOW, Defendant YOU SOON KIM, with counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., and the Plaintiff, through the undersigned Assistant United States Attorney, to Stipulate and Agree that the Defendant may reside with SUK CHA NISHIKAWARA 201 Matua de Villa, Tamuning, Guam 96931, pending sentencing. SO STIPULATED, March 22, 2007.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant YOU SOON KIM

_____
JOAQUIN C. ARRIOLA, JR.

UNITED STATES ATTORNEY'S OFFICE
Counsel for Plaintiff

_____
KARON JOHNSON

_____
YOU SOON KIM, Defendant