# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. **06-00062-001** |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE: RELEASE** |
| YOU SOON KIM, | ) | |
| Defendant. | ) | |

On Stipulation of the Parties, IT IS HEREBY ORDERED that the Defendant may reside with SUK CHA NISHIKAWARA at 201 Matua de Villa, Tamuning, Guam 96931, pending sentencing. All other conditions of release previously imposed shall remain in full force and effect.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
  Chief Judge
Dated: Mar 23, 2007