1  youkimtaxseal

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
   Tel: (671) 472-7332/7283
6  Fax: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
MAY 10 2007
MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE TERRITORY OF GUAM

10 UNITED STATES OF AMERICA,        ) CRIMINAL CASE NO. 06-00062
                                    )
11          Plaintiff,               )
                                    )
12     vs.                           ) APPLICATION TO SEAL
                                    ) UNITED STATES APPLICATION
13 YOU SOON KIM,                    ) TO DISCLOSE CERTAIN TAX
                                    ) INFORMATION ~~AND ORDER~~ /c
14          Defendant.              )
   _____)

15

16     The United States moves this Honorable Court for an order sealing the United States

17 Application to Disclose Certain Tax Information and Order in the above-entitled case for the

18 reason that tax information contains such information that should not be made available for

19 public scrutiny.

20     Respectfully submitted this 10th day of May 2007.

21                                     LEONARDO M. RAPADAS
                                       United States Attorney
22                                     Districts of Guam and NMI

23                              By:    /s/ Karon V. Johnson
24                                     KARON V. JOHNSON
                                       Assistant U.S. Attorney
25

26

27

28