JOAQUIN C. ARRIOLA, JR., ESQ.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C & A PROFESSIONAL BUILDING
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9730-33
TELECOPIER: (671) 477-9734

Counsel for Defendant YOU SOON KIM


FILED
DISTRICT COURT OF GUAM
MAY 31 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR06-00062 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S OBJECTIONS TO DRAFT PSR** |
| YOU SOON KIM, | ) | |
| Defendant. | ) | |

COMES NOW, Defendant YOU SOON KIM, through counsel Arriola, Cowan & Arriola, by JOAQUIN C. ARRIOLA, JR., and submits his Objections, Corrections and Additions to the Draft Pre-Sentence Investigation Report as follows:

1. Page 8, paragraph 37 refers to the history of Defendant's entry and exit into America. Defendant is informed and believes that on certain occasions she entered on an L1 or L2 Visa, which permitted a six-month stay. She also entered more recently on a B1 or B2 Visa. Under any and all entries into America, Defendant was lawfully permitted to enter and remain on Guam.

Dated at Hagåtña, Guam: May 31, 2007.

ARRIOLA, COWAN & ARRIOLA

_____
JOAQUIN C. ARRIOLA, JR.

ORIGINAL

# CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2007 a copy of the Defendant's Objections to Draft Pre-Sentence Investigation Report was served upon Plaintiff, United States of America, by hand-delivering a copy thereof to:

KARON V. JOHNSON, ESQ.
Assistant U.S. Attorney
United States Attorney's Office
Criminal Division
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910

MARIA C. CRUZ
United States Probation Office
520 W. Soledad Avenue
Hagatna, Guam 96910

Dated at Hagåtña, Guam: May 31, 2007.

ARRIOLA, COWAN & ARRIOLA
Counsel for Defendant

_____
JOAQUIN C. ARRIOLA, JR.