**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING**

CASE NO.: CR-06-00062-001　　　　　　　　　　　　　　DATE: June 21, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 2:30:02 - 2:44:40 |
| CSO: F. Tenorio | |

---

**APPEARANCES:**

Defendant: You Soon Kim　　　　　　　　　　　　Attorney: Joaquin C. Arriola, Jr.
　　Present　Custody　Bond　P.R.　　　　　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Karon Johnson　　　　　　　　　U.S. Agent: Bill Cline, F.B.I.
U.S. Probation: Maria Cruz　　　　　　　　　　U.S. Marshal: T. Muna / V. Roman
Interpreter: Sung Woo Yoon　　　　　　　　　　Language: Korean

---

**PROCEEDINGS: Sentencing**

- Defendant committed to the Bureau of Prisons for a term of <u>time served</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>1 year</u>, with conditions (refer to Judgment for conditions of supervised release).
- Defendant ordered to pay a fine in the amount of $500.00
- Defendant was ordered to pay a special assessment fee of $25.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant released.

NOTES: